# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Terri Lynn Davis**
       Plaintiff(s)
  vs.                            **CASE NUMBER: 6:17-cv-1305 (TWD)**

**Commissioner of Social Security**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: **ORDERS** that Mr. Dolson's motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b) is **GRANTED** in the amount of $9,489.40 and the Court further
**ORDERS** that the amount of $9,489.40 in attorney's fees pursuant to 42 U.S.C. § 406(b) shall be paid to Mr. Dolson out of the sums that Defendant has withheld from Plaintiff's past-due benefits; and the Court further

**ORDERS** that, upon his receipt of attorney's fees in the amount of $9,489.40, pursuant 42 U.S.C. §406(b), Mr. Dolson shall immediately refund to Plaintiff the previously awarded EAJA sum of $3,897.77.

All of the above pursuant to the order of the Honorable Judge Therese Wiley Dancks, dated the 8th day of February, 2021.

DATED: February 8, 2021

                                                          *[signature]*
                                                          Clerk of Court

                                                          s/Kathy Rogers
                                                          Deputy Clerk